# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL OBERG,<br><br>      Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK, USA N.A., a/k/a CAPITAL ONE SERVICES, LLC, CACH LLC, and NEUHEISEL LAW FIRM, P.C.,<br><br>      Defendants. | Case No. 2:15-CV-00448-GEB-EFB<br><br>*Assigned to Courtroom 10*<br>*The Hon. Garland E. Burrell, Jr.*<br>*The Magistrate Judge* _____<br><br>**[PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>[*Stipulation filed concurrently herewith*] |

## **[PROPOSED] ORDER**

The Court approves the following portions of the Stipulation filed by Plaintiff Daniel Oberg, Defendant Capital One Bank (USA), N.A., and Defendant CACH LLC. The May 18, 2015 Scheduling Conference is continued to June 22, 2015, commencing at 9:00 a.m. A joint status report shall be filed fourteen days prior to the hearing. Further Capital One is granted thirty days from the date on which this order is filed to file a responsive pleading to the Complaint.

Dated: April 17, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge