# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL OBERG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK, USA N.A., a/k/a CAPITAL ONE SERVICES, LLC, CACH LLC, and NEUHEISEL LAW FIRM, P.C.,<br><br>　　　　Defendants. | Case No. 2:15-CV-00448-GEB-EFB<br><br>*Assigned to Courtroom 10*<br>*The Hon. Garland E. Burrell, Jr.*<br>*The Magistrate Judge _____*<br><br>**[PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>[*Stipulation filed concurrently herewith*]<br><br>Complaint Served:　　03/04/2015<br>Current Response Due:　05/17/2015<br>New Response Date:　　06/16/2015 |

[PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

# [PROPOSED] ORDER

The Court has reviewed the Stipulation filed by Plaintiff Daniel Oberg and Defendant Capital One Bank (USA), N.A. to extend Capital One's time to file a responsive pleading by 30 days. The Stipulation is incorporated herein by reference. Good cause appearing thereon, the Court hereby rules as follows:

Capital One's time to file a responsive pleading to the Complaint is extended. Capital One shall file its responsive pleading to the Complaint on or before June 16, 2015.

**IT IS SO ORDERED.**

Dated: May 18, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge