UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Danial Oberg,<br><br>             Plaintiff,<br><br>      v.<br><br>Capital One Bank, USA N.A., a/k/a Capital One Services, LLC; CACH LLC; and Neuheisel Law Firm, P.C.,<br><br>             Defendants. | No.  2:15-cv-00448-GEB-EFB<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

Plaintiff filed a Notice of Settlement on June 8, 2015, in which he states: "The parties have reached a settlement in the above-referenced case. The parties anticipate filing a stipulation for dismissal within the next twenty-one (21) days." (Pl.'s Notice of Settlement, ECF No. 11.)

Therefore, a dispositional document shall be filed no later than June 29, 2015. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Further, the Status Conference scheduled for hearing on June 22, 2015, is continued to commence at 9:00 a.m. on July 20,

2015, in the event no dispositional document is filed, or if this action is not otherwise dismissed.[1]  A joint status report shall be filed fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated:  June 10, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1]  The status conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).