UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Danial Oberg,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Capital One Bank, USA N.A., a/k/a Capital One Services, LLC; CACH LLC; and Neuheisel Law Firm, P.C.,<br><br>　　　　Defendant. | No.  2:15-cv-00448-GEB-EFB<br><br>**DISMISSAL ORDER** |

　　　　Plaintiff filed a Notice of Settlement on June 8, 2015, in which he stated: "The parties have reached a settlement in the above-referenced case. The parties anticipate filing a stipulation for dismissal within the next twenty-one (21) days." (Notice, ECF No. 11.) Therefore, an "Order Re Settlement and Disposition" was filed on June 11, 2015, which directed the parties to file a dispositional document no later than June 29, 2015. (Order, ECF No. 12.) The June 11, 2015 Order notified the parties that the failure to timely file a dispositional document could lead to dismissal of the action. Id. Plaintiff subsequently requested an extension of time to file a dispositional document until July 20, 2015. (ECF No. 13.)

1

1           Since no dispositional document has been filed, and the
2  parties have not provided any reason for the continued pendency
3  of this action, this action is dismissed without prejudice.
4           IT IS SO ORDERED.
5  Dated:  August 4, 2015

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    Senior United States District Judge